IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MARCIA D. JORDAN,<br><br>Plaintiff,<br><br>v.<br><br>MARKWAYNE MULLINS, *Secretary, Department of Homeland Security*, et al.,[1]<br><br>Defendant. | ) | Civil Case No. 3:26-cv-00963<br><br>JUDGE CRENSHAW<br><br>JURY DEMAND |

**<u>DEFENDANT'S MOTION TO DISMISS</u>**

Defendant Markwayne Mullins, Secretary, Department of Homeland Security (DHS or Defendant), by and through the United States Attorney for the Middle District of Tennessee and the undersigned Assistant United States Attorney, hereby moves to dismiss Plaintiff Marcia D. Jordan's (Plaintiff) Complaint, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted.

This is an employment discrimination case involving alleged violations of federal law, arising out of a formal Equal Employment Opportunity (EEO) Complaint of Discrimination. Plaintiff was a temporary Security Support Assistant (SSA) at the Nashville International Airport (BNA) in Nashville, Tennessee. Plaintiff identifies as a black, African American woman, over the age of 40, who has physical disabilities. She contends that she experienced harassment, retaliation, and discrimination during her brief employment with DHS.

[1] Markwayne Mullins became the Secretary of the U.S. Department of Homeland Security on March 24, 2026, and should be substituted as the only proper Defendant, pursuant to Fed. R. Civ. P. 25.

It is difficult to discern the claims Plaintiff is attempting to assert in her Statement of Claim in her Complaint, which clearly includes information generated by artificial intelligence[2] (AI). However, to the extent they can be discerned, Plaintiff asserts that she was discriminated and retaliated against, as well as subject to harassment based on her race (African American), color (black), sex (female), age (YOB: 1966), and disability in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq.* (Title VII), the Age Discrimination in Employment Act (ADEA), and the Rehabilitation Act of 1973, 29 U.S.C. § 701 *et seq.* (Rehabilitation Act). Plaintiff further appears to claim that Defendant violated the Whistleblower Protection Act (WPA). As the basis for jurisdiction of this case, Plaintiff cites to 42 U.S.C. § 1983 and *Bivens*. Plaintiff's Complaint should be dismissed in its entirety because her claims were not timely or properly exhausted, there is no adequate factual predicate to support her causes of action, and this Court lacks jurisdiction.

For the foregoing reasons, Defendant respectfully requests that its Motion to Dismiss be granted in its entirety and each of Plaintiff's claims be dismissed with prejudice. Defendant respectfully requests that it have thirty (30) days after the Court rules on this Motion to file its Answer to any claims remaining in Plaintiff's Complaint.

/

/

/

/

[*signature page to follow*]

---

[2] Plaintiff's factual summary includes the phrase "*AI can make mistakes, so double-check responses*" more than once. (*See* ECF No. 1, PageID ##: 10-11.)

Respectfully submitted,

BRADEN H. BOUCEK
United States Attorney
Middle District of Tennessee

BY: s/ Toni-Ann M. Buono
TONI-ANN M. BUONO, BPR # 040020
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, TN 37203
Telephone: (615) 401-6644
Toni-Ann.Buono@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following, if registered, by operation of the Court's electronic filing system. If not registered, notice was sent by United States regular and certified mail, tracking number 70173380000084749195, return receipt requested, postage prepaid, to the following:

Marcia D. Jordan
1208 Ireland Street
Nashville, TN 37208
TN038Bg1@gmail.com
*Pro Se*

s/ Toni-Ann M. Buono
TONI-ANN M. BUONO
Assistant United States Attorney